

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00338-CR

| | | |
|---|---|---|
| LANCELOT ZARIE DAWKINS, Appellant | § | On Appeal from the 213th District Court |
| | § | of Tarrant County (1847463) |
| v. | § | October 23, 2025 |
| | § | Memorandum Opinion by Chief Justice Sudderth |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
        Chief Justice Bonnie Sudderth